786 A.2d 171

Linda SHOVLIN, Petitioner,

v.

Joseph M. BALL, Sr., and Joseph M. Ball, Jr., Respondents.

Supreme Court of Pennsylvania.

Sept. 6, 2001.

*ORDER*

PER CURIAM.

**AND NOW**, this 6th day of September, 2001, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Did the trial court abuse its discretion in denying Petitioner's motion to amend the pleadings after the statute of limitations had expired in order to correct the suffixes of the defendants' names?